United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMMANUEL AGYEI, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:15-CV-1389 |
| ENDURANCE POWER PRODUCTS, INC., *et al*, | § |
| Defendants. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendants' joint motion seeking to dismiss Plaintiff's Amended Complaint, to dismiss Defendant UTP Engine, Inc. from this case, and to have the Court retain jurisdiction (Doc. No. 32). All nondispositive and dispositive matters in this case were referred to Magistrate Judge Dena Hanovice Palermo in this Court's order of June 8, 2016. On July 15, 2016, Judge Palermo issued a Report and Recommendation recommending that Defendants' joint motion be denied and that the case be remanded. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendants' Joint Motion (Doc. No. 32) is hereby **DENIED**. The case is **REMANDED** to the 268th Judicial District Court of Fort Bend County, Texas. **IT IS SO ORDERED**.

SIGNED at Houston, Texas, on this the 1st day of August, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE